Form 13-1

**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Emily Lawson, Appleton Luff
(Name of attorney of record)

on behalf of  Trifecta Pharmaceuticals USA LLC  in the matter of  Trifecta Pharmaceuticals USA LLC  v. Donald J. Trump, in his official capacity, as President of the United States et al.

Court No. 25-00493.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   N/A

2. Indicate whether the party on whose behalf this Form is being filed is [✓] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

   N/A

/s/Emily Lawson
Signature of Attorney

12/10/2025
Date

Appleton Luff
Firm

1700 Seventh Avenue, Suite 2100
Street Address

Seattle, WA 98101
City, State and Zip Code

(206) 357-8522
Telephone Number

lawson@appletonluff.com
E-mail Address

**SEE REVERSE SIDE**

(As added Nov. 4, 1981, eff. Jan. 1, 1982; and amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. Jan. 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025.)